UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00003 |
| | ) | JUDGE SHARP |
| MICHAEL GRAY | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant's Agreed Motion to Set Plea Hearing (Docket No. 69).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, March 19, 2013, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE