UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00003-4 |
| | ) | JUDGE SHARP |
| SPENCER MARTIN | ) | |
| | ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Change Plea (Docket No. 73).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Monday, March 25, 2013, at 2:30 p.m.

The pending motion to continue trial (Docket No. 67) is DENIED as moot.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE