UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00003-3 |
| | ) | JUDGE SHARP |
| BRYAN ADAMS | ) | |
| | ) | |

### **O R D E R**

Due to calendar conflict, the sentencing hearing scheduled for July 26, 2013, at 1:30 p.m. is hereby rescheduled for 3:30 p.m. the same day.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE